**George Brown, Plaintiff-Appellee, v. Angelo Jannotta, Defendant-Appellant.**

**Gen. No. 52,217.** █

First District.

December 19, 1968.

█

Beutler, Fisher & Blake, of Chicago, for appellant; Louis P. Miller, and Frank J. Mackey, Jr., of Chicago, for appellee. Opinion by JUSTICE MORAN. Not to be published in full.